**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SAMI FRANCIS KHOURY,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **ANGEL GARITE,** *Assistant Field Office* | § | |
| *Director, El Paso Field Office, El Paso* | § | |
| *Service Processing Center*; | § | |
| **JOEL GARCIA,** *Field Office Director,* | § | **EP-25-CV-00577-DCG** |
| *El Paso Field Office, ICE*; | § | |
| **TODD LYONS,** *Acting Director, ICE*; | § | |
| **KRISTI NOEM,**[1] *Secretary of Homeland* | § | |
| *Security*; and | § | |
| **FACILITY ADMINISTRATOR,** *ERO El* | § | |
| *Paso Camp East Montana*, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER VACATING EVIDENTIARY HEARING**

On March 18, 2026, the Court ordered the parties to clarify how long Petitioner spent in immigration detention prior to October 2025.[2]  The Court also provisionally set an evidentiary hearing for **Thursday, March 26, 2026** in case the parties' briefs didn't offer the needed clarity.[3]

---

[1] Although Secretary Noem will reportedly cease to hold office on March 31, 2026, the Court will wait to order substitution until her successor has been appointed.  *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity . . . resigns[ ] or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

[2] *See* Order to Suppl. & Setting Hr'g, ECF No. 7.

[3] *Id.* at 3–4.

The parties submitted supplemental briefs on March 23, 2026.[4]  After reviewing those filings, the Court has concluded that the factual record is now sufficiently clear, and the evidentiary hearing is no longer necessary.[5]

The Court therefore **VACATES** the March 26, 2026 evidentiary hearing.

**So ORDERED and SIGNED this 24th day of March 2026.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**

---

[4] *See generally* Pet'r's Suppl. Br., ECF No. 10; Resp'ts' Suppl. Br., ECF No. 11.

[5] *See* Order to Suppl. & Setting Hr'g at 3 ("The Court may ultimately vacate this hearing depending on the content and quality of the parties' supplemental briefs.").