**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SAMI FRANCIS KHOURY,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **ANGEL GARITE,** *Assistant Field Office* | § | |
| *Director, El Paso Field Office, El Paso* | § | |
| *Service Processing Center*; | § | |
| **JOEL GARCIA,** *Field Office Director,* | § | **EP-25-CV-00577-DCG** |
| *El Paso Field Office, ICE*; | § | |
| **TODD LYONS,** *Acting Director, ICE*; | § | |
| **MARKWAYNE MULLIN,** *Secretary of* | § | |
| *Homeland Security*; and | § | |
| **FACILITY ADMINISTRATOR,** *ERO El* | § | |
| *Paso Camp East Montana*, | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

The Court previously granted Petitioner Sami Francis Khoury's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (ECF No. 1) in part and directed the Clerk to close this case.[1] The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[2]

For the reasons stated in the Court's "Order Granting Petition for Writ of Habeas Corpus" (ECF No. 13), the Court **PARTIALLY GRANTS** Petitioner Sami Francis Khoury's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (ECF No. 1).

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

---

[1] *See* Order Granting Pet., ECF No. 13.

[2] *See* FED. R. CIV. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").

- 2 -

**So ORDERED and SIGNED this 21st day of July 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**